United States District Court
District of South Carolina

Leroy Shaw, 301480,

          Plaintiff,

vs.

William R. Byars, Director
Leroy Cartledge, Warden
Maria Leggins, Program and Services,
Individually and his Official Capacity,    Defendant

C/A NO: 9:12-1349-RBH-Bm

Notice and Motion of Lis Pendens

RECEIVED CLERK'S OFFICE
2012 SEP 26 A 9 26
DISTRICT COURT
STATE OF SOUTH CAROLINA
CHARLESTON

    Now comes the above named plaintiff who move this Honorable Court to freeze the accounts of the above mention defendants and properties until this civil action has been resolved by court. From the time of filing only, the pendency of the action shall be constructive notice to a purchaser or encumbrancer of the property affected thereby, and every person whose conveyance or encumbrance is subsequently executed or subsequently recorded shall be deemed a subsequent purchaser or encumbrancer and shall be bound by all proceedings taken after the filing of such notice to the same extent as if he were made a party to the action. For the purpose of this section, an action shall be deemed to be pending from the time of filing such notice.

Date: Sept. 24, 2012

**DENIED**
BRISTOW MARCHANT
U.S. MAGISTRATE JUDGE
9/27/12
DATE

Respectfully Submitted

x Leroy Shaw
Leroy Shaw #301480
McCormick Corr. Inst.
386 Redemption Way
McCormick, S.C. 29899
Pro-se